IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM CHRISTOPHER MOORE,
ADC #127360                                                                                              PLAINTIFF

v.                                              2:09CV00168HLJ

LARRY NORRIS, et al.                                                                              DEFENDANTS

## ORDER

By Order dated December 16, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respect to defendant Dennis Jackson on January 22, 2010 (DE #15). Included with the return and filed under seal is a memo from defendants containing defendant Jackson's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Dennis Jackson, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 6) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 22nd day of February, 2010.

_Henry L. Jones, Jr._
United States Magistrate Judge