**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**WILLIAM CHRISTOPHER MOORE,**
**ADC #127360**                                                                              **PLAINTIFF**

**V.**                                        **2:09CV00168 BSM-HLJ**

**LARRY NORRIS, et al.**                                                            **DEFENDANTS**

**ORDER**

The court has received the partial recommended disposition from Magistrate

Judge Henry L. Jones, Jr. and the plaintiff's objections.  Plaintiff does not object to the

dismissal of Captain Crumpton and Brown, whose full names are not found in the record.

Plaintiff does, however, object to the dismissal of defendant Moses Jackson.  Plaintiff's

objection to Judge Jones's recommended disposition states a claim against Jackson for

which relief may be granted.   Therefore, after carefully reviewing the partial

recommended disposition, the plaintiff's objections, and reviewing the record *de novo*,

it is concluded that the partial recommended disposition should be, and hereby is,

approved and adopted as to Crumpton and Brown and rejected as to Jackson.

Accordingly, defendants Crumpton, and Brown, are DISMISSED.  The clerk of

the court is directed to prepare summons for defendant Moses Jackson and the U.S.

Marshal is directed to serve a copy of the complaint (Doc. No. 2), amended complaint

(Doc. No. 6), this order, and summons on defendant Moses Jackson in care of the

Arkansas Board of Correction and Community Punishment Compliance Division, P.O.

Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or

security therefore.

IT IS SO ORDERED this 23rd day of February, 2010.

UNITED STATES DISTRICT JUDGE