**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**WILLIAM CHRISTOPHER MOORE
ADC #127360**                                                              **PLAINTIFF**

**V.**                 **CASE NO. 2:09CV00168 BSM-JTK**

**LARRY NORRIS,** *et al.*                                                  **DEFENDANTS**

**ORDER**

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones and the plaintiff's objections. After carefully reviewing the partial recommended disposition, objections, and the record *de novo*, it is concluded that an evidentiary hearing would be appropriate.

Accordingly, the partial recommended disposition (Doc. No. 42) is DENIED, and this case is referred to Magistrate Judge Jerome Kearney for an evidentiary hearing on plaintiff's motion for protective order (Doc. No. 38).

IT IS SO ORDERED this 21st day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE