IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM CHRISTOPHER MOORE,
ADC #127360                                                                                    PLAINTIFF

v.                                         2:09CV00168BSM/JTK

LARRY NORRIS, et al.                                                                      DEFENDANTS

ORDER

In response to the Court's Order of May 27, 2010 (Doc. No. 61), and in anticipation of the Evidentiary Hearing on plaintiff's motion for a protective order, scheduled for 9:30 a.m., June 14, 2010, the plaintiff has submitted a list of proposed witnesses (Doc. No. 63). He requests that six inmate witnesses be called on his behalf. Defendants have filed a response to plaintiff's list, objecting to the inclusion of inmates Gould, Winbush and Edwards, based on the fact that these inmates were not housed near plaintiff and would not have been able to hear threats made to plaintiff. (Doc. No. 65). Defendants also object to inmate Gould's testimony as inadmissible hearsay. Defendants do not, however, object to requested inmates Stewart, Welch, and Chadwick, although they state inmate Chadwick is no longer incarcerated in the ADC.

Having reviewed the plaintiff's request and defendants' objections, and noting that the expected testimony of several of the witnesses is identical, the Court finds that the following witnesses will be permitted, in addition to the plaintiff.

1) Chester Dee Welch, ADC #133021, incarcerated at EARU;

2) Barry W. Stewart, ADC #090371, incarcerated at EARU; and

3) Joshua M. Gould, ADC #129360, incarcerated at EARU.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the attendance of the plaintiff, together with a copy of plaintiff's medical records and institutional file, and the above-mentioned witnesses, at the June 14, 2010 Hearing..

IT IS SO ORDERED this 9th day of June, 2010.

_____
United States Magistrate Judge