IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM CHRISTOPHER MOORE,
ADC #127360                                                                                                  PLAINTIFF

v.                                           2:09CV00168BSM/JTK

LARRY NORRIS, et al.                                                                                    DEFENDANTS

ORDER

This matter is before the Court on the plaintiff's motion to compel (Doc. No. 76). Defendants have filed a response to the motion (Doc. No. 77).

In his motion, plaintiff states he has made numerous requests for copies of three grievances, but has not yet received such copies. Plaintiff states these documents are necessary for the preparation of his case against the defendants. In their response, defendants state plaintiff has not previously submitted a request for the grievance documents, and agree to treat the motion as a discovery request and respond to it within the guidelines of the Federal Rules.

In light of defendants' response to plaintiff's motion, the Court finds that the plaintiff's motion should be DENIED and should be treated as a request for the production of documents. Accordingly,

IT IS THEREFORE, ORDERED that plaintiff's motion to compel (Doc. No. 76) is hereby DENIED without prejudice. Defendants shall respond to plaintiff's request for the production of documents as set forth in the Federal Rules.

IT IS SO ORDERED this 8th day of July, 2010.

_____
United States Magistrate Judge