IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM CHRISTOPHER MOORE,
ADC #127360                                                                                     PLAINTIFF

v.                                     2:09CV00168 BSM HLJ

LARRY NORRIS, et al.                                                                       DEFENDANTS

## ORDER

The partial recommended disposition submitted by Magistrate Judge Jerome T. Kearney has been received. There have been no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, plaintiff's motion for a protective order, which is construed as a motion for preliminary injunctive relief (Doc. No. 38), is hereby DENIED.

IT IS SO ORDERED THIS 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE