# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**WILLIAM CHRISTOPHER MOORE**                                                            **PLAINTIFF**

v.                              **CASE NO. 2:09CV00168 - BSM**

**LARRY NORRIS, et al**                                                                   **DEFENDANTS**

## ORDER

Defendant William Moore's motion to reconsider [Doc. No. 91] the order adopting the partial report and recommendations [Doc. No. 89] of Magistrate Judge Jerome T. Kearney is denied.

The evidence presented in Moore's motion for a protective order [Doc. No. 38], his motion to reconsider [Doc. No. 91], and the evidence considered by the magistrate judge in his partial recommended disposition [Doc. No. 78] do not establish the threat of irreparable harm required for a preliminary injunction. *Dataphase Systems, Inc. v C.L. Systems, Inc.*, 640 F.2d 109, 113 (8th Cir. 1981). As such, Moore's motion to reconsider [Doc. No. 91] is denied.

IT IS SO ORDERED THIS 10th day of September 2010.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE