**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**WILLIAM CHRISTOPHER MOORE,**
**ADC #127360**                                                                                          **PLAINTIFF**

**v.**               **CASE NO. 2:09cv00168 BSM/JTK**

**LARRY NORRIS, et al.**                                                                         **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's motions for injunctive relief [Doc. No. 97] is DENIED.

Dated this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE