**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM CHRISTOPHER MOORE,
ADC #127360                                                                                          PLAINTIFF

v.                                          2:09-cv-00168-BSM-JTK

LARRY NORRIS, et al.                                                                         DEFENDANTS

**ORDER**

In response to the Court's Order of July 19, 2010 (Doc. No. 86), and in anticipation of the Evidentiary Hearing scheduled for 9:30 a.m., May 9, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, the Plaintiff has submitted two witness lists requesting thirteen witnesses, plus the Defendants (Doc. Nos. 94, 136).

Defendants filed a Response (Doc. No. 142), objecting to three of Plaintiff's requested witnesses: non-parties Jim Smith, Governor Mike Beebe, and Deborah Smith.  Defendants state neither Mr. Smith nor Governor Beebe are alleged to have witnessed anything first hand, and that Ms. Smith's testimony concerning the present status of the grievance system is irrelevant.  Plaintiff filed a Response to the Defendants' objections (Doc. No. 147), stating that Mr. Smith personally investigated numerous complaints similar to the Plaintiff's while employed as the Arkansas Board of Corrections Compliance Officer.  In addition, Plaintiff states Governor Beebe can testify to the multiple complaints he has received against the Defendants.  Finally, Plaintiff states Ms. Smith's testimony is relevant to the issue of the condition of the grievance system after Defendant Brenda Perry left her office.

Having reviewed Plaintiff's requests and the Defendant's Response, the Court will allow requested witnesses Michael Todd Hanshew, Brandon Dent, Dr. Lau, William Gaye, Ms. Valerie

1

Westbrook, Mr. Albert McKinney, and Ms. Deborah Smith.

The Court will not allow requested inmate witnesses Bradley Kenney, Michael Shane Jones, Willie Keywood and Joshua Michael Gould, as they are not expected to testify about personally witnessing the events at issue in the Complaint. The Court also will not allow the testimony of Jim Smith and Governor Mike Beebe, as they also will not testify concerning any first-hand knowledge of the events at issue in the Complaint. Accordingly,

IT IS, THEREFORE, ORDERED that the Arkansas Department of Correction (ADC) shall ensure the attendance of the Plaintiff, inmates Michael Todd Hanshew, ADC #086275 and Brandon Dent, ADC #129468, Dr. Lau, William Gay, Valerie Westbrook, Albert McKinney, Deborah Smith, and the Defendants at the April 28, 2011 Hearing, together with a copy of Plaintiff's medical records and institutional file.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 27th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE