IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM CHRISTOPHER MOORE,                                              PLAINTIFF
ADC #127360

v.                                        2:09-cv-00168-BSM-JTK

LARRY NORRIS, et al.                                                   DEFENDANTS

**ORDER**

The Court has determined that Plaintiff's requested witness, Joshua Michael Gould, ADC #129360, should be permitted to testify at the May 9, 2011 Evidentiary Hearing in this matter. Accordingly,

IT IS, THEREFORE, ORDERED that the Arkansas Department of Correction shall ensure the attendance of inmate Joshua Michael Gould, ADC #129360, at the Evidentiary Hearing set in this matter at 9:30 a.m., May 9, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 4th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE