IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM CHRISTOPHER MOORE,**          **PLAINTIFF**
**ADC #127360**

v.                    2:09-cv-00168-BSM-JTK

**LARRY NORRIS, et al.**                    **DEFENDANTS**

## ORDER

Plaintiff's motion to voluntarily dismiss [Doc. No. 171] is GRANTED. The evidentiary hearing scheduled for July 26, 2011, is CANCELLED.

IT IS SO ORDERED this 30th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE