IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM CHRISTOPHER MOORE,**                                                            **PLAINTIFF**
**ADC #127360**

v.                                     **2:09-cv-00168-BSM-JTK**

**LARRY NORRIS, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this date this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE